WDPA CTM-2 (02/01)

### CLERK'S MEMORANDUM

| | | | |
|---|---|---|---|
| Civil Number | 10-1654 | Case closed | NOVEMBER 15 2011 |
| Before Judge | ARTHUR J. SCHWAB | Judge Charges Jury | NOVEMBER 17 2011 |
| Appears for Pltf. | THOMAS J. MICHAEL | Jury Retires | NOVEMBER 17 2011 |
| | | Verdict | NOVEMBER 17 2011 |
| Appears for Deft. | MICHAEL J. BRUZZESE | | |
| | SANFORD KELSON | | |
| Appears for 3rd pty. | | | |
| Pltf. opens | NOVEMBER 14 2011 | Bailiff in charge/Law Clerk | LMT |
| Pltf. rest | NOVEMBER 15 2011 | Court Reporter | PATTY SHERMAN |
| Pltf. close | NOVEMBER 17 2011 | Deputy Clerk | ECA |
| Deft. opens | NOVEMBER 14 2011 | | |
| Deft. rest | NOVEMBER 15 2011 | | |
| Deft. close | NOVEMBER 17 2011 | | |

### JURY

1. MATTHEW RICHARD KING
2. DAVID M. DIFILIPPO
3. ANGELA M.F. FINAMORE
4. BAMBI LYNN MURPHY
5. CHARLES R. LAUGHERY, JR.
6. SYLVIA A. MAHAFFEY
7. NELSON R. GALLOWAY
8. LORI L. HUBER

### TRIAL MOTIONS

N/A

### TRIAL MEMORANDUM

**Dates of Trial**

| | | |
|---|---|---|
| Trial Opens | NOVEMBER 14 | 2011 |
| Continues | NOVEMBER 15 | 2011 |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Trial closed | NOVEMBER 17 | 2011 |
| Verdict | NOVEMBER 17 | 2011 |