UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONNA BONANT,                                    No. 2:10-cv-01654-AJS

        Plaintiff                        Judge Arthur J. Schwab

v.

MONARK STUDENT TRANSPORTATION
CORPORATION, and MARK SCHMITT,

        Defendants.

### VERDICT SLIP

1. Did the plaintiff, Donna Bonant, prove by a preponderance of the evidence her claim that the defendant, Monark Student Transportation Corporation, unlawfully discriminated against her on the basis of her gender when it did not assign her the driver trainer position on December 11, 2007?

_____         \_\_\_\_X_____
YES                               NO

2. Did the plaintiff, Donna Bonant, prove by a preponderance of the evidence her claim that the defendant, Monark Student Transportation Corporation, unlawfully discriminated against her on the basis of her gender when it terminated her employment on December 12, 2007?

_____         \_\_\_\_X_____
YES                               NO

IF YOUR ANSWER TO QUESTIONS ONE (1) AND/OR TWO (2) ARE "YES", PROCEED TO QUESTION THREE (3) AND ENTER THE AMOUNT OF DAMAGES, IF ANY, TO WHICH YOU FIND WILL FULLY AND FAIRLY COMPENSATE PLAINTIFF FOR THE DAMAGES SHE SUSTAINED. IF YOUR ANSWER TO BOTH QUESTIONS ONE (1) AND TWO (2) ARE "NO", PROCEED TO QUESTION FOUR (4).

1

3. Enter the amount of damages, if any, that you find the plaintiff, Donna Bonant, has proven in connection with her sexual discrimination claim(s), as follows:

| | |
|---|---|
| Compensatory Damages (including pain, suffering, emotional distress, embarrassment, or humiliation) (excluding back pay and front pay) | $_____ |
| Back Pay Damages | $_____ |
| Front Pay Damages | $_____ |
| Punitive Damages | $_____ |
| Nominal Damages | $_____ |

PROCEED TO QUESTION FOUR (4).

4. Did the plaintiff, Donna Bonant, prove by a preponderance of the evidence her claim that she was subjected to a hostile work environment because of her gender?

| YES | ___X___ NO |
|---|---|

IF YOUR ANSWER TO QUESTION FOUR (4) IS "YES', PROCEED TO QUESTION FIVE (5). IF YOUR ANSWER TO QUESTION FOUR (4) IS "NO", YOUR JOB IS FINISHED. SIGN AND DATE THE VERDICT FORM.

5 Did the defendant, Monark Student Transportation Corporation, prove by a preponderance of the evidence its affirmative defense that it exercised reasonable care to prevent and promptly correct any harassing behavior that occurred and that the plaintiff, Donna Bonant, unreasonably failed to take advantage of any preventive or corrective opportunities provided by the defendant, Monark Student Transportation Corporation.

_____        _____
YES                    NO

IF YOUR ANSWER TO QUESTION FIVE (5) IS "NO", PROEED TO QUESTION SIX (6) AND ENTER THE AMOUNT OF DAMAGES, IF ANY, TO WHICH YOU FIND WILL FULLY AND FAIRLY COMPENSATE PLAINTIFF FOR THE DAMAGES SHE SUSTAINED AS THE RESULT OF THE HOSTILE WORK ENVIRONMENT. IF YOUR ANSWER TO QUESTION FIVE (5) IS "YES", YOUR JOB IS FINISHED. SIGN AND DATE THE VERDICT FORM.

6. Enter the amount of damages, if any, that you find the plaintiff, Donna Bonant, has proven in connection with her hostile work environment claim, as follows:

Compensatory Damages                                $_____
(including pain, suffering, emotional
distress, embarrassment, or
humiliation) (excluding back pay and
front pay)

Punitive Damages                                    $_____

Nominal Damages                                     $_____

PROCEED TO QUESTION SEVEN (7).

3

7. Did the plaintiff, Donna Bonant, prove by a preponderance of the evidence her claim that the defendant, Mark Schmitt, aided and abetted an unlawful sexual hostile work environment?

_____  _____
YES              NO

IF YOUR ANSWER TO QUESTION SEVEN (7) IS "YES', PROCEED TO QUESTION EIGHT (8). IF YOUR ANSWER TO QUESTION SEVEN (7) IS "NO", YOUR JOB IS FINISHED. SIGN AND DATE THE VERDICT FORM.

8. Enter the amount of damages, if any, that you find the plaintiff, Donna Bonant, has proven in connection with her hostile work environment claim against Defendant Mark Schmitt, as follows:

| | |
|---|---|
| Compensatory Damages (including pain, suffering, emotional distress, embarrassment, or humiliation) (excluding back pay and front pay) | $_____ |
| Nominal Damages | $_____ |

AFTER YOU ANSWER QUESTION EIGHT (8), YOUR JOB IS FINISHED. SIGN AND DATE THE VERDICT FORM.

SO SAID BY ALL.

Dated: *November 17, 2011*

Signed by all jurors:

_David M. Filippo_____     _Lou L. Huber_____
Jury Foreperson

_Sylvia A. Mahaffey_____   _Angela Finangore_____

_[signature]_____           _[signature]_____

_Daniel Murphy_____         _Matthew R. King_____

<u>PLEASE INFORM THE CLERK THAT YOU HAVE COMPLETED YOUR DELIBERATIONS</u>